O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK URIBE,<br><br>    Petitioner,<br><br>v.<br><br>MARION SPEARMAN, Warden,<br><br>    Respondent. | Case No. CV 15-4908-JGB (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 19, 2019

JESUS G. BERNAL
U.S. DISTRICT JUDGE